IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:  11/26/2019 |
| v. | : | |
| HAROLD  MINSKY | : | CRIMINAL NO.  2017-614 |
| | : | |

**TAKE NOTICE** that the Sentencing scheduled to take place on December 12, 2019 has been postponed until February 4, 2020 at 2:00 p.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

*Any motions, filings, or memoranda related to the sentencing of the above captioned Defendant shall be submitted to the Court **no later than one week before the sentencing date**.  Any requests for continuances **may be filed by letter**.*

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

Very truly yours,

/s/
**Lenora Kashner Wittje**
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Leigh Skipper, Defense Counsel
Patrick J. Murray, A.U.S.A.
U.S. Marshal
George H. McGary, Probation
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)