IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NUMBER 17-614 |
| : | |
| HAROLD MINSKY : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Third Circuit from the sealed Order entered on December 29, 2020.

Respectfully submitted,

/s/ Leigh M. Skipper
LEIGH M. SKIPPER
Chief Federal Defender

## **CERTIFICATE OF SERVICE**

    I, Leigh M. Skipper, Chief Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Notice of Appeal upon Patrick J. Murray, Assistant United States Attorney, by delivery to his office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

                                                  /s/ Leigh M. Skipper
                                                  LEIGH M. SKIPPER
                                                  Chief Federal Defender

DATE:  December 31, 2020