# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 17-614** |
| : | |
| **HAROLD MINSKY** : | |
| : | |

### O R D E R

Upon consideration of the Government's Statement in Support of Defendants' Requests for Continuance of Self-Surrender Date (Doc. No. 38), it is hereby **ORDERED** that Defendant's Motion to Extend Deadline for Self-Surrender (Doc. No. 35) is **GRANTED**. Defendant's self-surrender date shall be **April 8, 2021**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.