# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3645

USA v. Harold Minsky

(U.S. District Court No.: 2-17-cr-00614-001)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 04, 2021
TMM/cc: Ms. Kate Barkman,
Patrick J. Murray, Esq.
Leigh M. Skipper, Esq.
Brett G. Sweitzer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate